**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>    v.<br><br>MAGDALENO CERVANTES,<br><br>Defendant/Movant. | Case Nos. **EDCV 13-01910-VAP**<br>         EDCR 09-00011-VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Movants's Motion for Relief Under 28 U.S.C. § 2255 is DENIED.  The Court orders that such judgment be entered.

Dated: April 29, 2014

_____
VIRGINIA A. PHILLIPS
United States District Judge